# UNITED STATES DISTRICT COURT
Southern District of Indiana

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| | Case Number: 3:08CR00029-011 |
| | USM Number: 09710-028 |
| WILLIAM L. SOMERS | Barry Blackard |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to the below violation(s) 1-8.

☐ was found in violation of the below violations after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1.) | New Arrest | March 5, 2018 |
| 2.) | Unlawful Drug Possession | March 5, 2018 |
| 3.) | Possession of a Firearm/Ammunition | March 5, 2018 |
| 4.) | Failed to Answer Truthfully and Follow Instructions of the Probation Officer | March 5, 2018 |
| 5.) | Failed to Answer Truthfully and Follow Instructions of the Probation Officer | February 15, 2018 |
| 6.) | Failed to Answer Truthfully and Follow Instructions of the Probation Officer | March 5, 2018 |
| 7.) | Failed to Obtain/Maintain Employment | March 5, 2018 |
| 8.) | Associated with Persons Engaged in Criminal Activity | March 5, 2018 |

     The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ Violation number(s) is/are dismissed.

     **IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.



A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By _Dina M. Doyle_
Deputy Clerk

July 10, 2019
Date of Imposition of Sentence:

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

7/11/2019
Date

DEFENDANT: William L. Somers
CASE NUMBER: 3:08CR00029-011

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **27months, consecutive to sentence imposed in 3:18CR00036-001.**

☒ The Court makes the following recommendations to the Bureau of Prisons: The defendant to be designated to a medical facility close to Southwestern Indiana, specifically Lexington, Kentucky.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　　☐ at

　　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐ before 2 p.m. on

　　☐ as notified by the United States Marshal.

　　☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

　　Defendant was delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

BY: _____
DEPUTY UNITED STATES MARSHAL